IN RE ESTATE OF CRAVER

No. 680P01

Case below: 147 N.C. App. 313

Motion by respondent (Kenneth Wayne Craver) for temporary stay denied 20 December 2001. Petition by respondent (Kenneth Wayne Craver) for writ of supersedeas denied 31 January 2002. Petition by respondent (Kenneth Wayne Craver) for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

IN RE ESTATE OF MONK

No. 648P01

Case below: 146 N.C. App. 695

Petition by respondent for writ of supersedeas denied 31 January 2002. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Justice Butterfiled recused.

IN RE SEALEY

No. 693P01

Case below: 147 N.C. App. 313

Petition by respondent (Tonya Goodson) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.

IN RE WALLIN

No. 362PA00

Case below: 138 N.C. App. 553

Motion by taxpayer appellee to dismiss appeal denied 31 January 2002.

IN RE WILL OF McCAULEY

No. 649PA01

Case below: 147 N.C. App. 116

Petition by respondent (Max McCauley) for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 31 January 2002.